UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                        :

    IN RE:                                                   : CASE NO.: 24-10595
                                                               :
                                                               : CHAPTER: 13
    Carol Knight,                              :
                                                               : HON. JUDGE:
                                                               : Hon. Philip Bentley
    Debtor.                                                    :
-------------------------------------------------------------------X

# ORDER DENYING IN REM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

Upon the motion, dated June 3, 2025 (the "Motion"), of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362(d)(4), for in rem relief from the automatic stay with respect to the real property commonly known as 1337 Teller Avenue, Bronx, NY 10456 (the "Property"); pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises; vacating the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a); granting waiver of the 14 day stay pursuant to F.R.B.P. 4001(a)(4); granting Movant reasonable attorney fees and costs; and granting Movant such other and further relief as is just and proper; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on June 12, 2025, and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is denied without prejudice for the reasons stated on the record

at the June 12, 2025 hearing.



**Dated: June 24, 2025**
**New York, New York**

**/s/ Philip Bentley**
_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**